No. 41 January 28, 2026 695

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF
THE STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRENDAN MICHAEL WARD,
*Defendant-Appellant.*

Lincoln County Circuit Court
21CN05082; A186818

Sheryl Bachart, Judge.

Submitted December 12, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Peter G. Klym, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment extending his probation for 24 months. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant pleaded guilty to violating a no-contact order and was placed on probation for 36 months. As a condition of probation, defendant was prohibited from having contact W. Defendant admitted to violating that condition. Based on that admission, the trial court "revoked and reinstated" defendant's probation and extended the term of probation for 24 additional months.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.